**Order Entered October 5,, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01095-CV

## IN RE: CC FORBES, LLC, FORBES ENERGY SERVICES, LTD, FORBES ENERGY SERVICES DELAWARE, LLC, AND TX ENERGY SERVICES, LLC, Relators

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-12627**

## ORDER
Before Justices Bridges, Myers, and Whitehill

Based on the Court's opinion of this date, we **DISMISS** this original proceeding.

Relators shall bear the costs of this original proceeding, if any.


/s/ BILL WHITEHILL
JUSTICE